IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALLISON STEWART, *Individually* and as Representative of the ESTATE OF TROY STEWART; STEPHANIE STEWART; NATASHA STEWART; and NICOLE STEWART § § § § § § § v. § § CITY OF CORPUS CHRISTI, TEXAS; MIKE WERTANEN, *Individually*; and BRANDON CORDELL, *Individually* § § § § | CIVIL ACTION NO: 2:12-cv-207 JURY TRIAL |

## APPENDIX I

Exhibit List in Support of
Plaintiffs' Response to Defendants' Motion for Summary Judgment

*This Appendix herein is incorporated by reference for all purposes within Plaintiffs' Response to Defendants' Motion for Summary Judgment.*

| Exhibit # | Description |
|---|---|
| 1 | Deposition of Allison Stewart |
| 2 | Deposition of Stephanie Stewart |
| 3 | Deposition of Brandon Cordell |
| 4 | X-ray of arm from Medical Examiner |
| 5 | Death Certificate |