
SAMSUNG