# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
MAR 28 2012

**STATE OF TEXAS — CERTIFICATE OF DEATH**
**STATE FILE NUMBER:** 142-12-036513

1. **LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last) (Maiden): TROY MARCUS STEWART
2. **DATE OF DEATH** - ACTUAL OR PRESUMED (mm-dd-yyyy): FEBRUARY 12, 2012
3. **SEX:** MALE
4. **DATE OF BIRTH:** FEBRUARY 21, 1963
5. **AGE-Last Birthday (Years):** 48
6. **BIRTHPLACE** (City & State or Foreign Country): SINTON, TX
7. **SOCIAL SECURITY NUMBER:** 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
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown
9. **SURVIVING SPOUSE'S NAME** (If wife, give name prior to first marriage): ALLISON BARNES

10a. **RESIDENCE STREET ADDRESS:** 1734 MORALES
10b. **APT. NO.:**
10c. **CITY OR TOWN:** CORPUS CHRISTI
10d. **COUNTY:** NUECES
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 78416
10g. **INSIDE CITY LIMITS?** ☒ Yes ☐ No

11. **FATHER'S NAME:** MILTON STEWART
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** MARJORY BROWN

13. **PLACE OF DEATH** (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)

14. **COUNTY OF DEATH:** NUECES
15. **CITY/TOWN, ZIP:** CORPUS CHRISTI, 78405
16. **FACILITY NAME:** SPOHN MEMORIAL HOSPITAL

17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** ALLISON STEWART - WIFE
18. **MAILING ADDRESS OF INFORMANT:** 1734 MORALES, CORPUS CHRISTI, TX 78416

19. **METHOD OF DISPOSITION:** ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify)
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH:** PEDRO R. GONZALES, BY ELECTRONIC SIGNATURE - 6549
21. ☒ Unknown — Section ___ Block ___ Lot ___ Space ___

22. **PLACE OF DISPOSITION:** SOUTH TEXAS CREMATIONS
23. **LOCATION:** ROCKPORT, TX
24. **NAME OF FUNERAL FACILITY:** RITCHEA-GONZALES FUNERAL HOME
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 120 S. MCCALL STREET, SINTON, TX 78387

26. **CERTIFIER:**
☐ Certifying physician
☒ Medical Examiner/Justice of the Peace

27. **SIGNATURE OF CERTIFIER:** RAY FERNANDEZ, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** MARCH 23, 2012
29. **LICENSE NUMBER:** H8924
30. **TIME OF DEATH:** 03:12 AM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** RAY FERNANDEZ 2610 HOSPITAL BLVD, CORPUS CHRISTI, TX 78405
32. **TITLE OF CERTIFIER:** MD

33. **CAUSE OF DEATH**
PART 1.
a. **IMMEDIATE CAUSE:** SUDDEN CARDIAC DEATH DUE TO CARDIOMEGALY, DIABETES MELLITUS, AND RESTRAINT PROCEDURES — Approximate interval: MINUTES
b.
c.
d.

PART 2. **OTHER SIGNIFICANT CONDITIONS:** DEHYDRATION, FATTY LIVER, AND MORBID OBESITY

34. **WAS AN AUTOPSY PERFORMED?** ☒ Yes ☐ No
35. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ☒ Yes ☐ No

36. **MANNER OF DEATH:** ☐ Natural ☐ Accident ☐ Suicide ☒ Homicide ☐ Pending Investigation ☐ Could not be determined
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☐ No ☐ Probably ☒ Unknown
38. **IF FEMALE:** ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year
39. **IF TRANSPORTATION INJURY, SPECIFY:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

40a. **DATE OF INJURY:** FEBRUARY 12, 2012
40b. **TIME OF INJURY:** 02:15 AM
40c. **INJURY AT WORK?** ☐ Yes ☒ No
40d. **PLACE OF INJURY:** RESIDENCE
40e. **LOCATION:** 1734 MORALES STREET, CORPUS CHRISTI, TX 78416
40f. **COUNTY OF INJURY:** NUECES
41. **DESCRIBE HOW INJURY OCCURRED:** DECEDENT DIED FOLLOWING RESTRAINT

42a. **REGISTRAR FILE NO.:** 020692
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** MARCH 28, 2012
42c. **REGISTRAR:** REGISTRAR - CITY OF CORPUS CHRISTI, ELECTRONICALLY FILED

EDR NUMBER: 000001094946

OCH

VS-112 REV 1/2006

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.1989)

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED MAR 29 2012

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

American Bank Note Company

