IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **ALLISON STEWART,** *Individually* §<br>*and as Representative of the* **ESTATE** §<br>**OF TROY STEWART; STEPHANIE** §<br>**STEWART; NATASHA STEWART; and** §<br>**NICOLE STEWART** § | **CIVIL ACTION NO: 2:12-cv-207** |
| § | **JURY TRIAL** |
| **v.** § | |
| § | |
| **CITY OF CORPUS CHRISTI, TEXAS;** § | |
| **MIKE WERTANEN,** *Individually*; **and** § | |
| **BRANDON CORDELL,** *Individually* § | |

## ORDER DENYING
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this date, came on to be heard *Defendants' Mike Wertanen and Brandon Cordell's Motion for Summary Judgment* and *Plaintiffs' Response to Defendants' Motion for Summary Judgment*. Having considered those pleadings, it appears to this Court that *Defendants' Mike Wertanen and Brandon Cordell's Motion for Summary Judgment* should in all things be DENIED.

IT IS, THEREFORE, ORDERED that *Defendants' Mike Wertanen and Brandon Cordell's Motion for Summary Judgment* is DENIED.

DONE this the _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE